(34 Misc. Rep. 518.)

SMITH et al. v. GOULD.

(Supreme Court, Appellate Term. April 8, 1901.)

APPEAL—REFERENCE—ORDER—VACATION—REVIEW.
  An appeal will not lie from an order of the general term vacating an order of reference.

Appeal from city court of New York, general term.

Action by Mary F. Smith and another against Howard Gould. From an order of the general term (68 N. Y. Supp. 1148) reversing an order of reference, defendant appeals. Appeal dismissed.

Argued before BISCHOFF, P. J., and CLARKE and LEVEN-TRITT, JJ.

Howe & Hummel, for appellant.
Jacob Marks, for respondents.

BISCHOFF, P. J. The determination at special term favorably to the motion for a reference was reviewable at the general term, and that court could, in its discretion, deny the motion; but a further ap-peal to test the soundness of this exercise of discretion does not lie. Martin v. Hotel Co., 70 N. Y. 101.

Appeal dismissed, with costs. All concur.